AUG 1 4 2019

JUDGE NATHAN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Yvonne O. Siclari

# 19 CV 7611

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

New York City Department of Education; Anthony
Cosentino, Principal; Joseph Miller, Field
Supervisor; Hanin Hasweh, Former Asst
Principal/Currently Principal

Do you want a jury trial?

☒ Yes    ☐ No

_____
Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I.   PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Yvonne | O. | Siclari |
|---|---|---|
| First Name | Middle Initial | Last Name |

41 Bucknell Road
_____
Street Address

Parlin
_____
County, City                                    State                    Zip Code

| (732)727-2728 | yvonne.siclari@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:   Anthony Cosentino, Principal
_____
Name
161 Hooker Place
_____
Address where defendant may be served

| Staten Island | New York | 10302 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:   Joseph Miller, Field Supervisor
_____
Name
715 Ocean Terrace
_____
Address where defendant may be served

| Staten Island | New York | 10301 |
|---|---|---|
| County, City | State | Zip Code |

Defendant: Hanin Hasueh, Asst Principal
211 Daniel Low Terrace
Staten Island, New York     10301

Page 2

Defendant 3:

| | |
|---|---|
| New York City Department of Education | |
| Name | |
| Tweed Courthouse, 52 Chambers Street | |
| Address where defendant may be served | |
| New York | New York | 10007 |
| County, City | State | Zip Code |

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

① P.S. 21R

| | |
|---|---|
| Name | |
| 161 Hooker Place | |
| Address | |
| Staten Island | New York | 10302 |
| County, City | State | Zip Code |

## III.   CAUSE OF ACTION

② P.S. 74R
211 Daniel Low Terrace
Staten Island, New York 10301

### A.   Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☐ religion: _____

☐ sex: _____

☐ national origin: _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:   1952

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.   Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV. STATEMENT OF CLAIM

## A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☐ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☒ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☒ harassed me or created a hostile work environment
- ☒ other (specify):   Brought 3020-a charges against me

## B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

See attached.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☒  Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge?   July 13, 2018

    ☐  No

Have you received a Notice of Right to Sue from the EEOC?

    ☒  Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice?   May 15, 2019

        When did you receive the Notice?   May 18, 2019

    ☐  No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

    ☐  direct the defendant to hire me

    ☐  direct the defendant to re-employ me

    ☐  direct the defendant to promote me

    ☐  direct the defendant to reasonably accommodate my religion

    ☐  direct the defendant to reasonably accommodate my disability

    ☒  direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)
        I want to end the harassment, reimbursement of all extra expenditures related to this action (legal fees, tolls, parking, rental fees, mileage fuel costs, etc.), apology, change of job status, removal of negative content in my official file, return to effective/satisfactory job rating status.

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| August 14, 2019 | | _Yvonne O. Siclari_ |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Yvonne | O. | Siclari |
| First Name | Middle Initial | Last Name |
| 41 Bucknell Road | | |
| Street Address | | |
| Parlin | New Jersey | 08859 |
| County, City | State | Zip Code |
| (732)727-2728 | | yvonne.siclari@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☒ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## FEDERAL COMPLAINT ADDENDUM FOR YVONNE SICLARI

1. I have been teaching elementary school within the NYC Department of Education for almost 29 years primarily in Staten Island.   I am presently 65 years old.

### **ABSENT TEACHER RESERVE EXPERIENCE**

2. I have been placed in the ATR pool starting in September 2017 after a Section 3020-a disciplinary decision in July 2018.

3. I was assigned to ATR supervisor Joseph Miller for the 2017-18 school year.

4. Since I became an ATR, I have been assigned to four different schools on a rotational basis since without a permanent assignment, in an inferior status.  At least three of the four schools are in the Northern part of Staten Island, and not convenient with my commute from Central New Jersey.

5. The ATRs I have seen are generally over 40 years old and are often filling in for younger teachers.

6. On November 20, 2017, December 4, 2017, and March 20, 2018, I was observed by Mr. Miller and received unwarranted Unsatisfactory ratings from him for each of these observations.  I did receive only one Satisfactory evaluation for the year on April 19, 2018.  I believe I was not supposed to be rated so often in the 2017-18 school year, as I was only supposed to be rated with one formal observation under the Teaching with 21st Century system.

7. I also received unwarranted disciplinary letters about attendance on January 22, 2018, and an unwarranted disciplinary letter dated June 8, 2018, from PS 74 Assistant Principal Hanin Hasweh.

8. I received an Unsatisfactory overall rating on June 14, 2018 from ATR supervisor Miller, and another copy of the same U rating from PS 74 Principal Nicole Reid-Christopher on June 26, 2018.

9. I have not been able to work per session or summer school as an ATR.

10. I also have applied for at least 10 positions on the Open Market transfer system and have received no interviews as an ATR.

11. One of the principals in my assigned schools in the 2017-18 school year, at PS 55, told me she was actually interested in hiring me in November 2017, but did not have the money to hire me. I was shortly transferred from the school soon thereafter.

12. On about July 14, 2018, I filed a complaint with New York State Division of Human Rights alleging age discrimination.

13. Since filing the SDHR complaint, I have been subject to additional acts of retaliation.

14. On or about, December 21, 2018, I received an unwarranted disciplinary letter to file while assigned to P.S. 19 in Staten Island.

15. On about February 14, 2019, I was involuntary reassigned from my job duties, and served Section 3020-a charges seeking termination of my employment. At that time, I was reassigned from my teaching duties to the Petrides reassignment center in Staten Island.

16. Subsequently, on or about May 15, 2019, during the course of my Section 3020-a hearings, I was served three additional specifications arising from a disciplinary letter dated June 8, 2018.

17. On or about August 5, 2019, I received a Section 3020-a decision from a hearing officer imposing a $12,000 fine against me plus six hours of professional development.

18. I believe I have been subject to age discrimination and additional acts of retaliation by filing a protected discrimination complaint against the NYCDOE.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   Yvonne O. Siclari             From:   New York District Office
      41 Bucknell Road                       33 Whitehall Street
      Parlin, NJ 08859                       5th Floor
                                             New York, NY 10004

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2018-05150 | Holly M. Shabazz, State & Local Program Manager | (212) 336-3643 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

- [ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

- [ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

- [ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

- [ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

- [ ] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

- [ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

- [X] Other (briefly state)        Charging party wishes to pursue matter in Federal District Court.

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Kevin J. Berry,
District Director

May 15, 2019
*(Date Mailed)*

Enclosure(s)

cc:
Attn: Michael McGuane, Agency Attorney          Glass & Hogroglan LLP
CITY OF NEW YORK, DEPARTMENT OF EDU             Attn: Bryan D. Glass, Esq.
Office of Legal Services,                        100 Church Street, Suite 800
52 Chambers St., Room 308                        New York, NY 10007
New York, NY 10007

# New York State Division of Human Rights
# Complaint Form

## CONTACT INFORMATION

**My contact information:**

Name: _YVONNE O. SICLARI_

Address: _41 BUCKNELL ROAD_   Apt or Floor #: _____

City: _PARLIN_   State: _N.J._   Zip: _08859_

## REGULATED AREAS

**I believe I was discriminated against in the area of:**

☒ Employment  ☐ Education  ☐ Volunteer firefighting

☐ Apprentice Training  ☐ Boycotting/Blacklisting  ☐ Credit

☐ Public Accommodations  ☐ Housing  ☐ Labor Union, Employment
*(Restaurants, stores, hotels, movie*   Agencies
*theaters amusement parks, etc.)*  ☐ Commercial Space  ☐ Internship

**I am filing a complaint against:**

Company or Other Name: _NEW YORK CITY DEPT. OF EDUCATION_   _(PS.21R)_

Address: _161 HOOKER PLACE_

City: _STATEN ISLAND_   State: _N.Y._   Zip: _10302_

Telephone Number: _718_ _816_ _3300_
(area code)

```
N.Y.C. DEPT. OF EDUCATION
65 COURT ST.
BROOKLYN, NEW YORK 11201
(718) 935-2000
```

Individual people who discriminated against me:

Name: _ANTHONY COSENTINO_   Name: _____

Title: _PRINCIPAL (P.S.21R)_   Title: _____

## DATE OF DISCRIMINATION

The most recent act of discrimination happened on: _07_ _14_ _2017_
                                                    month  day  year

## BASIS OF DISCRIMINATION
*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note**: Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Domestic Violence Victim Status is a basis only in Employment complaints). These exceptions are listed next to the types of discrimination below.

## I believe I was discriminated against because of my:

| | |
|---|---|
| ☒ **Age** *(Does not apply to Public Accommodations)*<br>Date of Birth: | ☐ **Genetic Predisposition** *(Employment only)*<br>Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)*<br>Please specify: | ☐ **Marital Status**<br>Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)*<br>Please specify: | ☐ **Military Status:**<br>Please specify: |
| ☐ **Creed / Religion**<br>Please specify: | ☐ **National Origin**<br>Please specify: |
| ☐ **Disability**<br>Please specify: | ☐ **Race/Color or Ethnicity**<br>Please specify: |
| ☐ **Pregnancy-Related Condition:**<br>Please specify: | ☐ **Sex**<br>Please specify: ☐ **Female**  ☐ **Male**<br>    ☐ **Pregnancy**<br>    ☐ **Sexual Harassment** |
| ☐ **Domestic Violence Victim Status:**<br>*(Employment only)*<br>Please specify: | ☐ **Sexual Orientation**<br>Please specify: |
| ☐ **Familial Status** *(Does not apply to Public Accommodations or Education)*<br>Please specify: | ☐ **Retaliation** *(If you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)*<br>Please specify: |

 Before you turn to the next page, please check this list to make sure that you provided information *only* for the type of discrimination that relates to your complaint.

# EMPLOYMENT OR INTERNSHIP DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment or internship. If not, turn to the next page.*

**How many employees does this company have?**

a) 1-3      b) 4-14      c) 15 or more      (d) 20 or more      e) Don't know

**Are you currently working for the company?**

☒ **Yes**

Date of hire: ( __09__ __05__ __1979__ )   What is your job title? *TEACHER*

               Month     day     year

☐ **No**

Last day of work: ( _____ _____ _____ )   What was your job title? _____

               Month     day     year

☐ **I was not hired by the company**

Date of application: ( _____ _____ _____ )

                   Month     day     year

## *ACTS OF DISCRIMINATION*

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☐ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☒ Suspended me

☐ Sexually harassed me

☒ Harassed or intimidated me (other than sexual harassment)

☒ Denied me training

☐ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☒ Gave me different or worse job duties than other workers in my same title

☐ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☒ Gave me a disciplinary notice or negative performance evaluation

☐ Other: _____

Yvonne Siclari

A OF H

SUSPENDED ME

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

I WAS SUSPENDED AS OF 02/17/2017, DUE TO 302Da CHARGES BROUGHT BY PRINCIPAL ANTHONY COSENTINO, THROUGH THE END OF THE SCHOOL YEAR. THE OUTCOME PUT ME INTO THE ATR POOL (ABSENT TEACHER RESERVE). I WAS THE MOST SENIOR SPECIAL EDUCATION TEACHER IN THE SCHOOL (P.S. 21R) BOTH IN EXPERIENCE AND IN BUILDING SENIORITY. I WAS ALSO THE OLDEST TEACHER ON STAFF.

THE PRINCIPAL WAS PLACED IN THE SCHOOL AS INTERIM ACTING STATUS FOR SCHOOL YEAR 2015-2016 AND BECAME PERMANENT FOR THE FOLLOWING SCHOOL YEAR, 2016-2017.

THE INTIMIDATION BEGAN 10/05/2015.

* PLEASE SEE ATTACHED SUSPENSION LETTER DATED 02/10/2017.

I DID NOT KNOW OF OR RECEIVE THIS LETTER UNTIL 02/15/2017.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.*

Last revised on 2/29/16                    8



**Department of
Education**
Carmen Fariña Chancellor

Howard Friedman
General Counsel

February 10, 2017

<u>**CERTIFIED MAIL**</u>
<u>**RETURN RECEIPT REQUESTED & REGULAR MAIL**</u>

Ms. Yvonne Siclari
41 Bucknell Road
Parlin NJ. 08859

Dear Ms. Siclari:

I have been advised by Anthony Cosentino, Principal of P.S.21, located on Staten Island, within District 31, that probable cause has been found on the charges preferred against you.  In addition, I have received a recommendation that you be suspended.

I have determined that the nature of the charges against you requires your immediate removal from your assigned duties. Therefore, in accordance with Education Law, Section 3020-a, I hereby suspend you with pay effective close of business February 17, 2017, pending the hearing and determination of the charges preferred against you.

You are to continue to report to your current assignment unless you receive notification of a new assignment from the Director of Employee Relations or the Office of Legal Services Deputy General Counsel.

Karen Antione
Acting Deputy Counsel to the Chancellor
(as designee for
Carmen Fariña, Chancellor)

KA: dw
Cc:  Theresity Smith
     Francine Perkins-Colon
     JoAnn Rabot
     OPI Problem Code
     OPI Reassignment Staff
     Kristine Broschart
     Jennifer Vargas

     Kathy Rodi
     Carmen Galarza
     Angela Masino
     Kevin Moran
     Nina Mazur
     Lisa Becker
     Anthony Lodico

Certified Return Receipt # 70153010000171876083

File # 0486306

HARASSED OR INTIMIDATED ME

Yvonne Siclari
B OF H

**DESCRIPTION OF DISCRIMINATION - for all complaints** *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

**Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. PLEASE TYPE OR PRINT CLEARLY.**

ON 10/05/2015, I NEEDED THE CONTACT INFORMATION AND THE NAME OF THE NEW DISTRICT 31 CSE CHAIRPERSON. WHEN I COULDN'T GET THE INFORMATION ON MY OWN, I SPOKE TO THE NEW PRINCIPAL TO SEE IF HE COULD HELP. ANTHONY COSENTINO TOLD ME TO REQUEST IT IN AN EMAIL TO HIM AND HE WOULD PASS IT ON. THIS CONVERSATION TOOK PLACE IN THE LATE MORNING. I RECEIVED A COPY OF AN EMAIL GENERATED BY THE SCHOOL'S PUPIL SECRETARY, MICHELLE CENCI, WITH THE NAME AND CONTACT INFO. I CALLED THE PERSON TWICE AND LEFT A DETAILED VOICEMAIL OUTLINING MY PROBLEM TO BE SOLVED (THE PRINCIPAL KNEW OF THE PROBLEM, AS I HAD TOLD HIM). NO ONE RETURNED MY CALL.

AT THE END OF THE DAY, I WAS WALKING BY THE PRINCIPAL'S OFFICE AND HE WAS STANDING ANGRILY IN THE DOORWAY AT ME. HE TOLD ME IN A LOUD VOICE, "YOU WENT OVER MY HEAD. YOU MADE ME LOOK BAD!" HE SAID THIS WHILE IN MY PERSONAL SPACE WHICH FRIGHTENED ME AS I AM NOT VERY TALL AND HE IS AT LEAST SIX FEET TALL. I STEPPED BACK AWAY FROM AS I DID NOT KNOW HIM AND FEARED FOR MY SAFETY. I TOLD HIM I DID NOT KNOW WHAT HE WAS TALKING ABOUT AND I ASSURED HIM I HAD DONE NO SUCH THING. WHEN HE SPOKE ABOUT MY PHONE CALL, I REALIZED WHAT HE WAS REFERRING TO AND REMINDED HIM THAT I HAD SPOKEN TO HIM IN THE MORNING, REQUESTING HIS HELP FOR INFORMATION SO I COULD CONTACT THE DISTRICT 31 CHAIRPERSON. HIS VOICE, TONE, AND BODY STANCE INSIDE MY PERSONAL SPACE WAS VERY INTIMIDATING.

**✱ SEE ATTACHED EMAILS (THREE PAGES)**

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.*

Last revised on 2/29/16          8

**Subject:** District 31 CSE Chairperson
**From:** "Siclari Yvonne (31R042)" <YSiclar@schools.nyc.gov>
**Date:** 10/5/2015 12:41 PM
**To:** "Cosentino Anthony (31R021)" <ACosentino@schools.nyc.gov>

Hello Mr. Cosentino,

Would you please provide me the name and contact information for the new District 31 CSE Chairperson?  This would be the replacement for Lori Piccininno at 715 Ocean Terrace, SI.

Thanks,
Yvonne Siclari

*intimidation*
*10/05/2015*

**RE:**
Crespi Mark

Yvonne Sielari

B

**Sent:** Monday, October 05, 2015 2:55 PM
**To:** Cenci Michelle (31R021)

*Special Ed Person*

Kimberly Ramones

Send Email
KRamones@schools.nyc.gov

Work
(718) 556-8335

*Mark Crespi*
*Procurement/Budget Support*
*Staten Island Borough Field Support Center*
*715 Ocean Terrace Bldg A Rm 306*
*Staten Island, NY 10301*
*718-390-1598 Phone*
*718-556-8375 Fax*
*Please note my revised email address:*
  MCrespi2@schools.nyc.gov

**From:** Cenci Michelle (31R021)
**Sent:** Monday, October 05, 2015 11:39 AM
**To:** Crespi Mark <mcrespi2@schools.nyc.gov>
**Subject:** RE:

Ok. I definitely will. Also who replaced Lori Piccinini as our special ed person.

Michele Cenci
Pupil Accounting/Purchasing Secretary
Public School 21
168 Hooker Place
Staten Island, NY 10302
Tel: 718-816-3300
Fax: 718-816-3305

**From:** Crespi Mark
**Sent:** Monday, October 05, 2015 11:18 AM
**To:** Cenci Michelle (31R021)
**Subject:** RE:

You can wait. Just a reminder that it needs to be scheduled

*Mark Crespi*
*Procurement/Budget Support*
*Staten Island Borough Field Support Center*
*715 Ocean Terrace Bldg A Rm 306*
*Staten Island, NY 10301*
*718-390-1598 Phone*
*718-556-8375 Fax*

RE:

## RE:
Crespi Mark
**Sent:** Monday, October 05, 2015 2:55 PM
**To:** Cenci Michelle (31R021)

Kimberly Ramones



Send Email
KRamones@schools.nyc.gov

Work
(718) 556-8335

*Mark Crespi*
*Procurement/Budget Support*
*Staten Island Borough Field Support Center*
*715 Ocean Terrace Bldg A Rm 306*
*Staten Island, NY 10301*
*718-390-1598 Phone*
*718-556-8375 Fax*
*Please note my revised email address:*
  MCrespi2@schools.nyc.gov

**From:** Cenci Michelle (31R021)
**Sent:** Monday, October 05, 2015 11:39 AM
**To:** Crespi Mark <mcrespi2@schools.nyc.gov>
**Subject:** RE:

Ok. I definitely will. Also who replaced Lori Piccinini as our special ed person.

Michele Cenci
Pupil Accounting/Purchasing Secretary
Public School 21
168 Hooker Place
Staten Island, NY 10302
Tel: 718-816-3300
Fax: 718-816-3305

**From:** Crespi Mark
**Sent:** Monday, October 05, 2015 11:18 AM
**To:** Cenci Michelle (31R021)
**Subject:** RE:

You can wait. Just a reminder that it needs to be scheduled

*Mark Crespi*
*Procurement/Budget Support*
*Staten Island Borough Field Support Center*
*715 Ocean Terrace Bldg A Rm 306*
*Staten Island, NY 10301*
*718-390-1598 Phone*
*718-556-8375 Fax*

**Subject:** RE: STARS Roster
**From:** "Siclari Yvonne (31R042)" <YSiclar@schools.nyc.gov>
**Date:** 10/26/2015 11:13 AM
**To:** "Cenci Michelle (31R021)" <MCenci@schools.nyc.gov>

*Yvonne Siclari B*

Hi Michelle,
Roosvelt Azard (222) should be on my roster.  He will be having a reeval soon so it may change.

Also, Anthony Mansingh (4-208) should have reading.

Thanks,
Yvonne

_____

From: Cenci Michelle (31R021)
Sent: Tuesday, October 20, 2015 11:31 AM
To: Siclari Yvonne (31R042)
Subject:

Please log into Stars and make sure all your students are listed.  Thanks.


Michele Cenci

Pupil Accounting/Purchasing Secretary

Public School 21

168 Hooker Place

Staten Island, NY 10302

Tel:  718-816-3300

Fax; 718-816-3305

C OF H

AGE                    YVONNE SICLARI

**DESCRIPTION OF DISCRIMINATION -** for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

IN THE FALL OF 2015 I WALKED PAST PRINCIPAL ANTHONY COSENTINO WHO WAS TELLING A LIVELY JOVIAL STORY ABOUT A STUDENT TO A FELLOW TEACHER. I MADE A COMMENT TO JOIN IN THE CONVERSATION. IN RESPONSE, MR. COSENTINO SAID, "I HAVE MORE STORIES I CAN TELL AT YOUR RETIREMENT DINNER!" BEFORE THIS, I HAD NEVER SPOKEN ABOUT THE IDEA OF RETIREMENT TO HIM, OR ANYONE ELSE, NOR HAD I MADE MY INTENTIONS KNOWN IN ANY WAY OF WHEN I MIGHT RETIRE. I WAS THE OLDEST TEACHER ON STAFF WITH THE MOST SPECIAL EDUCATION EXPERIENCE AND BUILDING SENIORITY FOR SPECIAL ED.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.*

D OF H

AGE                                           YVONNE SICLARI

**DESCRIPTION OF DISCRIMINATION -** for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

IN THE SPRING OF 2016, I AWOKE ON A SCHOOL DAY FEELING EXTREMELY DIZZY TO THE SOUND OF MY CLOCK ALARM. THIS WAS A VERY UNUSUAL OCCURENCE FOR ME. I COULD NOT SIT UP IN BED SO I PUT MY HEAD BACK DOWN ON THE PILLOW. WHEN I CAME TO, SCHOOL HAD ALREADY BEGUN. I NEEDED TO CALL THE SCHOOL SO WITH GREAT EFFORT, I MADE MY WAY TO ANOTHER ROOM AND CALLED THE SCHOOL TO LET THEM KNOW WHAT HAPPENED AND THAT I WAS FEELING EXTREMELY LIGHT-HEADED AND DIZZY. I THEN TOOK MY BLOOD PRESSURE WHICH WAS EXTREMELY LOW. THIS WHAT CONCERNING AS I SUFFER FROM HIGH BLOOD PRESSURE AND TAKE MEDICATION FOR IT. ABOUT TWO WEEKS LATER, MR. COSENTINO CALLED ME OVER TO HIM DURING OUTDOOR DISMISSAL. HE SAID HE WAS DEBATING WHETHER TO PUT A LETTER IN MY FILE FOR NOT CALLING THE SCHOOL THAT DAY EARLIER. I EXPLAINED THE SITUATION AND HE BEGAN ASKING ME ABOUT MY HEALTH ISSUES, WHETHER OR NOT I HAD EATEN (I WAS SLEEPING BEFORE THE MEDICAL EPISODE), AND THAT I SHOULD TAKE CARE OF MYSELF "FOR THE NEXT CHAPTER OF YOUR LIFE." I FELT THAT HE WAS REFERRING TO MY AGE AND SUGGESTING I RETIRE.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

E OF H

INTIMIDATION                                    YVONNE SICLARI

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

IN JUNE OF 2016, DURING A CLERICAL DAY, I WAS DISCUSSING WITH A FELLOW TEACHER THE ABRUPT SPECIAL ED. CHANGES IN PROGRAM THE PRINCIPAL WAS MAKING REGARDING STUDENTS IN THE SETSS PROGRAM AND HOW HE WAS REMOVING ME FROM THE SETSS TEACHER POSITION AND MAKING IT DIFFICULT FOR ME TO APPLY FOR THE NEWLY POSTED/NAMED POSITION. ANOTHER TEACHER (SUBSTITUTE) LEFT THE ROOM TO USE THE RESTROOM. THE PRINCIPAL THEN APPEARED AND CALLED ME TO ANOTHER ROOM TO SPEAK. HE TOLD ME IN A VERY AUTHORITARIAN TONE NOT TO SPEAK TO ANY STAFF REGARDING SCHOOL MATTERS. I RETURNED TO THE ROOM AND CONFIDED WHAT HE SAID TO THE FELLOW TEACHER. THE SUBSTITUTE RETURNED AND TOLD US THAT THE PRINCIPAL TOOK HER ASIDE AND ASKED HER IF I HAD CONTINUED TO SPEAK ABOUT SCHOOL MATTERS AFTER HE AND I SPOKE.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

*TRAINING*

F OF H

YVONNE SICLARI

**DESCRIPTION OF DISCRIMINATION -** for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.*
**PLEASE TYPE OR PRINT CLEARLY.**

10/15/2015 TO 11/15/2015   (12/08/2015 WORKSHOP)

I HAD SIGNED UP FOR PART A OF A SPECIAL ED TRAINING, WHICH I ATTENDED, WHEN I RECEIVED NOTIFICATION OF THE PART B TRAINING WHICH WAS ALSO TO BE HELD AT THE DISTRICT 31 (PETRIDES) OFFICE, I SIGNED UP. I LET THE PRINCIPAL KNOW.

I WAS CALLED OVER THE PA SYSTEM TO COME DOWN TO THE OFFICE WHERE PRINCIPAL COSENTINO AND AP GRAHAM WERE WAITING. THEY TOLD ME THAT AS THE SETSS TEACHER (ONLY ONE), I COULD NOT ATTEND THE TRAINING AS THE SETSS PROGRAM WAS MANDATED WITH NO SUBSTITUE FOR ME SO I WOULD HAVE TO CANCEL.

I NOTED THAT THE OTHER SPECIAL ED STAFF HAVE BEEN ALLOWED TO ATTEND WORKSHOPS AND LATER THAT YEAR HE SELECTED ME TO GO OFF SITE AND MARK THE NYS MATH EXAM WITH NO REPLACE-MENT. I FEEL THAT THIS WAS ARBITRARY AS HE WAS PLANNING TO REMOVE ME FROM MY POSITION.

* SEE ATTACHED EMAIL REGARDING THE TRAINING SESSIONS.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

|RE: Special Ed PD
Siclari Yvonne (31R042)                              *Yvonne Siclari F* (handwritten)
Thu 10/15/2015, 4:37 PM
Cosentino Anthony (31R021);Cohen Jenna (31R021);Rastetter Nicole;Kay Amanda;Graham Allison (31R021);Senerchia Elena;

Good Afternoon,

I have registered as well for the workshop.

Yvonne Siclari

**From:** Cosentino Anthony (31R021)
**Sent:** Thursday, October 15, 2015 4:16 PM
**To:** Cohen Jenna (31R021); Rastetter Nicole; Siclari Yvonne (31R042); Kay Amanda
**Cc:** Graham Allison (31R021); Senerchia Elena
**Subject:** RE: Special Ed PD

Good Afternoon All,

Nicole – Thank you for being proactive in supporting your colleagues.

Everyone – email Ms. Graham and I when you have confirmed for the workshop.

Happy Learning!

Regards,
Mr. Cosentino
Anthony Cosentino Jr.
Principal, IA
Public School 21 - The Margaret Emery Elm Park School
168 Hooker Place Staten Island, New York 10303
acosentino@schools.nyc.gov
Tel: (718) 816 - 3333
Fax: (718) 816 - 3305
http://www.ps21eagles.org/home

"When I was 5 years old, my mother always told me that happiness was the key to life. When I went to school, they asked me what I wanted to be when I grew up. I wrote down 'happy'. They told me I didn't understand the assignment, and I told them they didn't understand life." --- John Lennon

**From:** Cohen Jenna (31R021)
**Sent:** Thursday, October 15, 2015 4:09 PM
**To:** Rastetter Nicole; Cosentino Anthony (31R021)
**Cc:** Siclari Yvonne (31R042); Kay Amanda
**Subject:** RE: Special Ed PD

I just registered.  Thank you for thinking of me Nicole!

- Jenna

**From:** Rastetter Nicole
**Sent:** Thursday, October 15, 2015 1:40 PM
**To:** Cosentino Anthony (31R021)
**Cc:** Cohen Jenna (31R021); Siclari Yvonne (31R042); Kay Amanda
**Subject:** RE: Special Ed PD

http://dsiss.schoolwires.net/site/default.aspx?PageID=1

**From:** Rastetter Nicole
**Sent:** Thursday, October 15, 2015 1:29 PM
**To:** Cosentino Anthony (31R021)
**Cc:** Cohen Jenna (31R021); Siclari Yvonne (31R042); Kay Amanda
**Subject:** Special Ed PD

Good afternoon all,

Here is the link to register for the "Looking Closely at the PLOP" being held on Monday, November 9th at Petrides.  It is being given by Jennifer Yonkers, the Director of Specialized Instruction and Quality IEP.  Mr. C has given us permission to go and register. Following the PD we are expected to turn-key to our colleagues!

# Registration Confirmation



**specialeducationpd@schools.nyc.gov**

Thu 10/15/2015 2:47 PM

To:Siclari Yvonne (31R042) <YSiclar@schools.nyc.gov>;

You've successfully registered for the following event. We'll notify you if this event is changed in any way.

Event: Looking Closely at the Present Levels of Performance
Date: 11/9/2015 9:00:00 AM

You can view or modify your registrations by signing into the website and clicking View My Events on any calendar.

Thank you,
Special Education Office
specialeducationpd@schools.nyc.gov

Yonkers Jennifer (000D04)

Y V O N N E  S I C C A R Y     F

Fri 11/6/2015 10.19 AM

To Rastetter Nicole <NRastetter2@schools.nyc.gov>; Siclari Yvonne (31R042) <YSiclar@schools.nyc.gov>; Cohen Jenna (31R021) <JCohen60@schools.nyc.gov>; Kay Amanda <AKay3@schools.nyc.gov>; Franzese Stephanie <SFranzese3@schools.nyc.gov>; Tortorello Katy (30Q126) <KTortorello@schools.nyc.gov>; Longo Saverio <SLongo5@schools.nyc.gov>; Kalah Sammy (31R022) <SKalah@schools.nyc.gov>; Astel Camille (31R002) <CAstel3@schools.nyc.gov>; Portafatin Ruth <rportal@schools.nyc.gov>; Dimonda Lisa (21K101) <LDimonda@schools.nyc.gov>; Contarino Gina <GContarino@schools.nyc.gov>; Grassullo Gabrielle <GGrassullo@schools.nyc.gov>; Rachnowitz Nicole <NRachnowitz@schools.nyc.gov>; Klores Scott (31R445) <SKlores@schools.nyc.gov>; Calcagno Sara <SCalcagno@schools.nyc.gov>; Piacentino Stacie (31R008) <SPiacentino@schools.nyc.gov>; Simpson Maria (31R022) <MSimpso2@schools.nyc.gov>; Zulferino Cono Michele (31R024) <MZulferino@schools.nyc.gov>; Posadas Freddy (31R027) <FPosadas@schools.nyc.gov>; Stuckey Desiree (31R022) <DStuckey@schools.nyc.gov>; Guzman Eileen <EGuzman8@schools.nyc.gov>; Abecassis Nicole <NAbecassis@schools.nyc.gov>; Papadimitropulo Garifali <GPapadimitropulo@schools.nyc.gov>; Kenny Kelly (31R002) <KKenny@schools.nyc.gov>; elisiewski <elisiewski@schools.nycgov <elisiewski@schools.nyc.gov>; Magro Sarah (20K259) <SMagro@schools.nyc.gov>; Sanguedolce Allison <ASanguedolce@schools.nyc.gov>; Fagen Angela M <AFagen@schools.nyc.gov>;

Cc Costentino Anthony (31R021) <ACostentino@schools.nyc.gov>; Picucci Diane (20K048) <DPcucc@schools.nyc.gov>; Wilensky Edward (21K344) <EWilens@schools.nyc.gov>; Bender Maria (21K281) <MBender4@schools.nyc.gov>; Stallone Adrienne (31R002) <AStallone@schools.nyc.gov>; Reidchristopher Nicole (31R074) <NReid@schools.nyc.gov>; Korrol Gregg (21K101) <GKorrol@schools.nyc.gov>; Gannon Tim (31R445) <TGannon@schools.nyc.gov>; Tannenbaum Sherry (21K226) <STannen2@schools.nyc.gov>; Donath Melissa (31R022) <MDonath@schools.nyc.gov>; Santamaria Leonard (31R024) <LSantam@schools.nyc.gov>; Donath Melissa (31R022) <MDonath@schools.nyc.gov>; Geary Janice (20K259) <JGeary@schools.nyc.gov>;

Hello,

Thank you for your registration to the Crafting Quality IEPs: Looking Closely at the PLOP professional learning opportunity. This is a reminder that the workshop is taking place Monday, 11/9/2015. If you are no longer able to attend, or have any questions, please contact us at sharedpathpd@schools.nyc.gov at your earliest convenience.

**Workshop Details**
Crafting Quality IEPs Series: Looking Closely at the PLOP
Monday, 11/9/2015
9:00 AM - 3:00 PM

Petrides School 31R080
Building B
Room B-187
715 Ocean Terrace
Staten Island, NY 10301

> Please note the work day is 6 hours and 50 minutes on professional development days.
> The workshop runs from 9AM ~ 3PM with a 50 minute lunch.
> Please arrive to the workshop on time and stay until the end of the workshop.
> Any requests to arrive late or leave early must be approved by your immediate supervisor (principal).
> Principals can send requests directly to this email address.
> Thank you in advance for your cooperation.

**Key Areas of focus for this workshop:**
- Understanding quality indicators for the PLOP
- Revising a PLOP
- Reviewing resources and materials for turn key

*Since the afternoon will be a working session, please be sure that you bring several pieces of data related to a particular student, including, but not limited to, the following: IEP, completed ELA task, 2 ELA assessments, completed math task and 2 math assessments.

Additionally, all participants will receive a Professional Learning Activities Guide and the materials from the workshop. This guide contains 4 professional learning activities that are intended to be shared with your school community.

I am looking forward to your participation at the upcoming workshop!

Best,
Jen

Jennifer Yonkers
Director of Specialized Instruction and Quality IEP
Special Education Office | Division of Specialized Instruction and Student Support
NYC Department of Education
28-11 Queens Plaza North 2nd Floor
Long Island City, NY 11101


A SHARED
PATH TO
SUCCESS

Special Education PD

Fri 11/13/2015 3:43 PM

To:Siclari Yvonne (31R042) <YSiclar@schools.nyc.gov>;

*YVONNE SICLARY* *F*

Thank you for your email. If you are inquiring about registration for a Special Education Office professional development offering, here is a direct link to our PD registration website.  When you enter the site, please complete a one-time registration on the upper right side of the page. Once you have completed this, go to CALENDAR, select the date, click on the selected PD and register.

Thank you,

Special Education Office Instructional Team

Division of Specialized Instruction and Student Support

Queens Plaza North

28-11 Queens Plaza North

Long Island City, NY 11101

Reply all |   Delete   Junk|

RE: Looking Closely at the PLOP professional learning opportunity- Thank you and materials      F

Yonkers Jennifer (000D04)                                                         *YVONNE SICIARI*      Reply all |
Fri 11/13/2015, 10:44 AM
Rasletter Nicole; Siciari Yvonne (31R042); Cohen Jenna (31R021); Kay Amanda; +38 more

Inbox

HI Everyone,

I just wanted to let everyone know that the CCLS Aligned Goals workshop for December 8th in Staten Island has been posted on Schoolwires.   There are only 30 seats due to room capacity.  Seats available first come, first serve.  I hope to see many of you there.  Here is the link: http://dslss.schoolwires.net//site/Default.aspx?PageID=2&
PageType=17&DomainID=4&ModuleInstanceID=1&EventDateID=2105&CurrentView=list

Jen

Jennifer Yonkers
Director of Specialized Instruction and Quality IEP
Special Education Office | Division of Specialized Instruction and Student Support
NYC Department of Education
28-11 Queens Plaza North 2nd Floor
Long Island City, NY 11101


A SHARED
PATH TO
SUCCESS

From: Yonkers Jennifer (000D04)
Sent: Thursday, November 12, 2015 12:12 PM
To: Rastetter Nicole <NRastetter2@schools.nyc.gov>; Siciari Yvonne (31R042) <YSiciar@schools.nyc.gov>; Cohen Jenna (31R021) <JCohen60@schools.nyc.gov>; Kay Amanda
<AKay3@schools.nyc.gov>; Franzese Stephanie <SFranzese3@schools.nyc.gov>; Tortorello Katy (30Q126) <KTortorello@schools.nyc.gov>; Longo Saverio
<SLongo5@schools.nyc.gov>; Kafah Sammy (31R022) <SKafah@schools.nyc.gov>; Astel Camille (31R002) <CAstel3@schools.nyc.gov>; Portalatin Ruth
<rportal@schools.nyc.gov>; 'Igenova2@schools.nyc.gov' <Igenova2@schools.nyc.gov>; Contarino Gina <GContarino@schools.nyc.gov>; Grassullo Gabrielle
<GGrassullo@schools.nyc.gov>; Rachnowitz Nicole <NRachnowitz@schools.nyc.gov>; Klores Scott (31R445) <SKlores@schools.nyc.gov>; Calcagno Sara
<SCalcagno@schools.nyc.gov>; Piacentino Stacie (31R008) <SPiacentino@schools.nyc.gov>; Simpson Maria (31R022) <MSimpso2@schools.nyc.gov>; Zulferino Corlo Michele
(31R024) <MZulferino@schools.nyc.gov>; Posadas Freddy (31R027) <FPosadas@schools.nyc.gov>; Stuckey Desiree (31R022) <DStuckey@schools.nyc.gov>; Guzman Eileen
<EGuzman8@schools.nyc.gov>; Abecassis Nicole <NAbecassis@schools.nyc.gov>; Papadimitropulo Garifali <GPapadimitropulo@schools.nyc.gov>; Kenny Kelly (31R002)
<KKenny@schools.nyc.gov>; 'elisiewski@schools.nycgov' <elisiewski@schools.nycgov>; Magro Sarah (20K259) <SMagro@schools.nyc.gov>; Sanguedolce Allison
<ASanguedolce@schools.nyc.gov>; Fagen Angela M <AFagen@schools.nyc.gov>
Cc: Cosentino Anthony (31R021) <ACosentino@schools.nyc.gov>; Picucci Diane (20K048) <DPicucc@schools.nyc.gov>; Wilensky Edward (21K344) <EWilens@schools.nyc.gov>;
Bender Maria (21K281) <MBender4@schools.nyc.gov>; Stallone Adrienne (31R002) <AStallone@schools.nyc.gov>; Reidchristopher Nicole (31R074) <NReid@schools.nyc.gov>;
Korroi Gregg (21K101) <GKorroi@schools.nyc.gov>; Gannon Tim (31R445) <TGannon@schools.nyc.gov>; Tannenbaum Sherry (21K226) <STannen2@schools.nyc.gov>; Donath
Melissa (31R022) <MDonath@schools.nyc.gov>; Santamaria Leonard (31R024) <LSantam@schools.nyc.gov>; Donath Melissa (31R022) <MDonath@schools.nyc.gov>; Geary
Janice (20K259) <JGeary@schools.nyc.gov>
Subject: Looking Closely at the PLOP professional learning opportunity- Thank you and materials

Hello,

Thank you for your participation in the *Crafting Quality IEPs: Looking Closely at the PLOP* professional learning opportunity.  It was a pleasure to meet all of you and it was evident that everyone was eager to collaborate with colleagues and engage in the work.  You will find attached the following resources:

  · *Crafting Quality IEPs: Looking Closely at the PLOP* PowerPoint presentation
  · Professional Learning Activities Guide

These documents contain all resources that were used during the workshop as well as hyperlinks to Present Levels of Performance guidance document, checklist and webinar.  Our team hopes these resources will enable you to successfully share the information you learned during the workshop with various members of your school community.

Additionally, below are the steps to accessing additional resources on the intranet.  Our office will continue to post resources and webinars that will support you in building a school community that is inclusive of all students, including students with disabilities.

  ► *Log on to the DOE intranet.*
  ► *On the left hand side, click on Special Populations*
  ► *Click on Special Education Office*
  ► *Click on Special Education Resources*
  ► *Click on Understanding Quality IEPs*
  ► *Click on Training Materials*

Best,

Reply all |      Delete    Junk |

Jennifer Yonkers
Director of Specialized Instruction and Quality IEP
Special Education Office | Division of Specialized Instruction and Student Support
NYC Department of Education
28-11 Queens Plaza North 2nd Floor
Long Island City, NY 11101



**Subject:** FW: Registration Confirmation
**From:** "Siclari Yvonne (31R042)" <YSiclar@schools.nyc.gov>
**Date:** 11/15/2015 11:53 PM
**To:** "yvonne0@optonline.net" <yvonne0@optonline.net>



From: specialeducationpd@schools.nyc.gov [specialeducationpd@schools.nyc.gov]
Sent: Friday, November 13, 2015 3:44 PM
To: Siclari Yvonne (31R042)
Subject: Registration Confirmation

You've successfully registered for the following event. We'll notify you if this event is changed in any way.

Event: Developing CCLS Aligned Annual Goals
Date: 12/8/2015 9:00:00 AM

You can view or modify your registrations by signing into the website and clicking View My Events on any calendar.

Thank you,
Special Education Office
specialeducationpd@schools.nyc.gov

**Subject:** FW: Event Registration Cancelled
**From:** "Siclari Yvonne (31R042)" <YSiclar@schools.nyc.gov>
**Date:** 11/16/2015 12:39 AM
**To:** "yvonne0@optonline.net" <yvonne0@optonline.net>

F

From: specialeducationpd@schools.nyc.gov [specialeducationpd@schools.nyc.gov]
Sent: Sunday, November 15, 2015 11:59 PM
To: Siclari Yvonne (31R042)
Subject: Event Registration Cancelled

Your registration has been cancelled for the following event:

Event: Developing CCLS Aligned Annual Goals
Date: 12/8/2015 9:00:00 AM

Please check our calendar again for future event postings.Visit http://dsiss.schoolwires.net/ to view Calendar events.

Thank you,
Special Education Office
specialeducationpd@schools.nyc.gov

G OF H

DIFFERENT OR WORSE JOB DUTIES

YVONNE SICLARI

**DESCRIPTION OF DISCRIMINATION -** for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.*
**PLEASE TYPE OR PRINT CLEARLY.**

AS SENIOR SPECIAL ED, TEACHER, I HAD BEEN
TEACHING THE SETSS POSITION, THE PRINCIPAL
ELIMINATED THE TEACHING POSITION AND CHANGED
THE TITLE AND POSTED IT TWICE, I APPLIED
EACH TIME. I FEEL THE NEGATIVE PERFORMANCE
RATING WAS DONE ON PURPOSE TO DISQUALIFY
ME, HE PUT ME IN A SELF-CONTAINED
CLASS POSITION WHICH ULTIMATELY LED TO
NUMEROUS NEGATIVE RATINGS AND 3020a
CHARGES.

* SEE ATTACHED POSTED POSITIONS AND
LETTER OF INTENT

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.*

*The Margaret P. Emery Elm Park School*
*P.S. 21*
*168 Hooker Place*
*Staten Island, New York 10302*
*Telephone: (718) 442-1520   Fax: (718) 815-3149*
*Miss Gina M. Moreno, Principal*
*Miss Allison Graham, Assistant Principal IA*

**February, 2015**

**Name __ Yvonne Siclari __**

**Teacher Preference for September 2015 - 2016**

**The following passage is reproduced from the Department of Education contract with the UFT.**

**"Teachers should be given an opportunity to fill out preference sheets indicating three preferences in order of priority of grade level and type of class on that level with the understanding that, where advisable and possible, such preference will be honored. Teachers should be given an opportunity to discuss their assignment requests with their principal" (I am available before and after school, and on prep periods to meet with you.)**

    **I.**    **Please indicate Grade ( 1st, 2nd and 3rd Choice)**

    <u>**YOU ARE REQUIRED TO INDICATE THREE DIFFERENT GRADE LEVELS**</u>

| | |
|---|---|
| **Kindergarten** _____ | **Grade 3** __SETSS (3rd) *__ |
| **Grade 1** __SETSS (1st) *__ | **Grade 4** __SETSS *__ |
| **Grade 2** __SETSS (2nd) *__ | **Grade 5** __SETSS *__ |

    **II.**    **Please indicate if you are interested in teaching a CTT class.**

        **a. Yes** _____        **No** ____√____

**\*I am interested in SETSS at all grade levels and IEP Teacher if schedule needs more teaching periods.**

III.    **Please indicate if you are interested in teaching a 12:1:1 class**
IV.

      **a. Yes** _____          **No.** ____√_____

V.    **At this time, we do not know what our cluster positions will be or the number of cluster teachers we will have. If you are interested in a particular cluster position, please indicate your preference with a number (you may include 1, 2, or 3 choices). There are all anticipated, subject to funding and via applicants.**

      **Music (including Band)** _____

      **Art** _____

      **Social Studies** _____

      **Science** _____

      **Library** _____

      **Physical Education** _____

      **Greenhouse** _____1st_____

      **Drama** _____

IV.   __  **At this time I am not interested in any teaching position at P.S. 21.**

**Teacher's Signature** _____

    **Please return this form to Miss Moreno by April 17, 2015.**

**NYE**
**Department of Education**
Carmen Fariña, Chancellor

## The Margaret P. Emery Elm Park School
### P.S.21
168 Hooker Pl.
Staten Island, NY 10302
Tel: 718- 816-3300
Fax: 718- 816-3305
http://www.ps21eagles.org/

**Anthony Cosentino**
Principal, IA

**Allison Graham**
Assistant Principal

April 22, 2016

### Teacher Preference for September 2016 - 2017

Dear Colleagues:

Please fill out the necessary information listed below. You realize any placement here can at best be only tentative. A simple class preference sheet cannot be the only criteria to be used for placement. Therefore, if you wish to speak to me about anything regarding class or grade placement, please feel free to do so or use item #4 "Individual Statement" for this purpose. Contractual guidelines will be followed in all cases.

The following passage is reproduced from the Department of Education contract with the UFT.

"Teachers should be given an opportunity to fill out preference sheets indicating three preferences in order of priority of grade level and type of class on that level with the understanding that, where advisable and possible, such preference will be honored. Teachers should be given an opportunity to discuss their assignment requests with their principal." (I am available before and after school, and on prep periods to meet with you.)

I.   Name _YVONNE SICLARI_         Present Grade _SETSS_

II.  Number of years of seniority at P.S.21 _12 years_

III. Number of years in present grade position _10 years - P.S.21 (SETSS)_
     _7 years - other schools (SETSS)_

IV.  Number of years teaching for the DOE _26 years_

V.   Experience in other grades and or positions _____
     Grade _TRACK IV_    Number of Years _1_
     Grade _MIS I_       Number of Years _2_
     Grade _MIS II_      Number of Years _1_
     Grade _ICT - 2nd_   Number of Years _2_

VI.  Please indicate Grade (1st, 2nd and 3rd Choice)

### YOU ARE REQUIRED TO INDICATE THREE DIFFERENT GRADE LEVELS

Kindergarten _____      Grade 3 _SETSS - 2nd_

Grade 1 _SETSS *_                 Grade 4 _SETSS - 3rd_

Grade 2 _SETSS *_                 Grade 5 _SETSS - 1st_

VII. Please indicate if you are interested in teaching a 12:1:1 class

Yes _____          No. _✓_

\* I am interested in SETSS at all grade levels and IEP Teacher if schedule needs more teaching periods.

**The Margaret P. Emery Elm Park School**
**P.S.21**
168 Hooker Pl,
Staten Island, NY 10302
Tel: 718- 816-3300
Fax: 718- 816-3305
http://www.ps21eagles.org/

**Department of Education**
Carmen Fariña, Chancellor

**Anthony Cosentino**
Principal, IA

**Allison Graham**
Assistant Principal

---

VIII.    In order to further improve the school program, please note any suggestions you may have to offer.  This is inclusive of tutorials to support students, etc.  Of course everything depends on funding.

IX.    Indicate briefly any innovative procedures/ methods you are interested in trying alone or with another teacher.

X.    In the event that we do have a Self-Sustaining After School Program, do you have any talents, special abilities, (scrap booking, photo journalism, dance, theatre, etc.) that you are willing to teach?   Please list your idea, talent, etc.

XI.    Taking time to vest in the school community is important, it grows a community of professionals that share a vision and work on realizing a vision.  The following committees will need members, please note if you are interested in participating  and maybe chairing a committee.

- School Instructional Team / MOSL Team (will meet quarterly to make teaching and learning decisions)_____
- Collaborative Inquiry Team (meets after school)_____
- School Leadership Team (once a month after school)_____
- Safety Committee-Need a chair person (meets in the morning)_____
- PTA-teacher to sit on this board, we have none and truthfully we need to have at least one or two school members on this board.  We work hard, we have policies and this board needs to hear this from the teachers, this association is titled, Parent / Teacher Association. ✓ -only if it meets in afternoon.
- Book club-just for fun_____
- Teacher Leadership Program (meets during the school day and attends workshops after school approximately once per month) _____

XI.    ____  At this time I am not interested in any teaching position at P.S. 21.

*Yvonne D. Sicleri*
Teacher's Signature

**Please return this form to Mrs. Senerchia by May 06, 2016.**



**Department of Education**
Carmen Fariña, Chancellor

The Margaret P. Emery Elm Park School
P.S.21
168 Hooker Pl.
Staten Island, NY 10302
Tel: 718- 816-3300
Fax: 718- 816-3305
http://www.ps21eagles.org/

**Anthony Cosentino**
Principal, IA

**Allison Graham**
Assistant Principal

---

### PLEASE POST

| | | | |
|---|---|---|---|
| Teacher Vacancy Circular | #7 | Post Date: | May 04, 2016 |
| Anticipated Position(s) for School Year 2016-2017 | | Deadline Date: | May 25, 2016 |

OTP POSITION:  SETSS Teacher - ALL GRADES (subject to funding)

I    **Qualifications**
1. Special Education certification and license.
2. Applicant must be a teacher currently assigned/appointed to P.S.21.
3. Applicant must have a satisfactory, effective or highly effective rating for the past three years.
4. Applicant must be able to demonstrate knowledge and ability in the subject area.
5. Applicant must possess strong classroom management skills.

II    **Requirements for Position**
A. Demonstrated knowledge of and interest in literacy and math across all grades.  This should include evidence of academic courses, workshops, seminars and/or prior work experience in related field.
A. Training and experience in implementing multisensory instructional program(s) preferred.
B. Willingness to update knowledge in literacy and math instruction.
C. Demonstrated ability to respond to needs and concerns of colleagues and students
D. Willingness to pursue in-service training and to turn-key information to school community.
E. Experience in navigating STARS Classroom program and schoolwide report card preparation
F. Demonstrated ability to motivate and establish positive relationships with children in many classes.
G. Ability to work well with colleagues and the school community.
H. Satisfactory record of attendance and punctuality.
I. Willingness to provide professional development in the Fundations instruction.

III    **Responsibilities of Teacher**
A. Plan and deliver mandated and at-risk SETSS instruction to small groups of students
B. Maintain accurate records relevant to instruction.
C. Plan and deliver SETSS instruction in both push-in and pull-out models to mandated and at risk students based upon their IEP requirements and/or areas of instructional need.
D. Schedule and complete IEPs as required.
E. Collaborate and co-plan with classroom teachers for all SETSS students.
F. Communicate student progress and concerns with classroom teachers and parents
G. May do coverages on an emergency basis.
H. Provide grade-appropriate instruction in alignment with student IEP goals
I. Stay in compliance with completing IEPS.

IV    **Process for Consideration**
1. Submit your letter of intent for the position to Mr. Cosentino on or before 12:00 noon on Wednesday, May 25, 2016.
2. Each prospective candidate will be interviewed for this position.  Date and time TBA.

The position will be filled in accordance with the agreement between the United Federation of Teachers and the N.Y.C. Department of Education. Article 7C2.  Where applicants within the school are equally qualified, the selection will be made on the basis of seniority in the school.

APPROVED: *Anthony Cosentino*
Anthony Cosentino, Principal IA

### AN EQUAL OPPORTUNITY EMPLOYER

*It is the policy of the Department of Education of the City of New York to provide educational and employment opportunities without regard to race, color, religion, creed, national origin, alienage and citizenship status, age, marital status, disability, prior record of arrest or conviction (except as provided by law), sexual orientation, gender (sex), and to maintain an environment free of discriminatory harassment, including sexual harassment, or retaliation as required by civil rights law. Inquiries regarding compliance with this equal opportunity policy may be directed to: Office of Equal Opportunity, 65 Court Street, Room 923, Brooklyn, New York 11201, or visit the OEO website at www.schools.nyc.gov.oe*

Mr. Anthony Cosentino, Principal, I.A.
The Margaret P. Emery Elm Park School
P.S. 21R
168 Hooker Place
Staten Island, New York  10302

Dear Mr. Cosentino:

I am hereby submitting my letter of intent for the SETSS Teacher position here at P.S. 21R for all grades for the upcoming School Year 2016-2017 as stated in the May 04, 2016 posting.

As you already know, I have also made known my intent for this position on my recently submitted Teacher Preference Sheet.  As per the UFT contract, I currently hold building seniority as both a special education teacher as well as a SETSS teacher.

I find it both rewarding and enjoyable to work with students in this capacity and look forward to continuing in this position.

Sincerely,

Yvonne O. Siclari


**Department of Education**
Carmen Fariña, Chancellor

**The Margaret P. Emery Elm Park School**
**P.S.21**
168 Hooker Pl,
Staten Island, NY 10302
Tel: 718- 816-3300
Fax: 718- 816-3305
http://www.ps21statenisland.org/

**Anthony Cosentino**
Principal

**Allison Graham**
Assistant Principal

---

### PLEASE POST

Teacher Vacancy Circular      #30      Post Date:      **September 26, 2016**
Anticipated Position(s) for School Year 2016-2017      Deadline Date:      **October 28, 2016**

**OTP POSITION:   Data Specialist/SETSS Teacher - ALL GRADES** (subject to funding)

**I    Qualifications**
1. Special Education certification and license
2. Applicant must be a teacher currently assigned/appointed to P.S.21.
3. Applicant must have a satisfactory, effective or highly effective rating for the past three years.
4. Applicant must be able to demonstrate knowledge and ability in the subject area.
5. Applicant must possess strong classroom management skills.
6. Knowledge of Microsoft Office programs including but not excluded to: Word, Excel.

**II    Requirements for Position**
A. Demonstrated knowledge of and interest in literacy and math across all grades.  This should include evidence of academic courses, workshops, seminars and/or prior work experience in related field.
A. Training and experience in implementing multisensory instructional program(s) preferred
B. Willingness to update knowledge in literacy and math instruction.
C. Demonstrated ability to respond to needs and concerns of colleagues and students.
D. Willingness to pursue in-service training and to turn-key information to school community.
E. Experience in navigating STARS Classroom program and schoolwide report card preparation.
F. Demonstrated ability to motivate and establish positive relationships with children in many classes.
G. Ability to work well with colleagues and the school community.
H. Satisfactory record of attendance and punctuality.
I. Willingness to provide professional development in the Fundations instruction.
J. Download and prepare various reports using systems including but not excluded to: ATS, SESIS, and Schoolnet.

**III    Responsibilities of Teacher**
A. Plan and deliver mandated and at-risk SETSS instruction to small groups of students.
B. Maintain accurate records relevant to instruction.
C. Plan and deliver SETSS instruction in both push-in and pull-out models to mandated and at risk students based upon their IEP requirements and/or areas of instructional need.
D. Schedule and complete IEPs as required.
E. Collaborate and co-plan with classroom teachers for all SETSS students.
F. Communicate student progress and concerns with classroom teachers and parents
G. May do coverages on an emergency basis.
H. Provide grade-appropriate instruction in alignment with student IEP goals.
I. Stay in compliance with completing IEPS.

**IV    Process for Consideration**
1. Submit your letter of intent for the position to Mr. Cosentino on or before 12:00 noon on Friday, October 28, 2016.
2. Each prospective candidate will be interviewed for this position. Date and time TBA.

The position will be filled in accordance with the agreement between the United Federation of Teachers and the N.Y.C. Department of Education, Article 7C2.  Where applicants within the school are equally qualified, the selection will be made on the basis of seniority in the school.

APPROVED: _____
              Anthony Cosentino, Principal

### AN EQUAL OPPORTUNITY EMPLOYER

*It is the policy of the Department of Education of the City of New York to provide educational and employment opportunities without regard to race, color, religion, creed, national origin, alienage and citizenship status, age, marital status, disability, prior record of arrest or conviction (except as provided by law), sexual orientation, gender (sex), and to maintain an environment free of discriminatory harassment, including sexual harassment, or retaliation as required by civil rights law. Inquiries regarding compliance with this equal opportunity policy may be directed to: Office of Equal Opportunity, 65 Court Street, Room 923, Brooklyn, New York 11201, or visit the OEO website at www.schools.nyc.gov/oe*

# PS 21 Organization Sheet 2016-2017

| KINDERGARTEN | FIRST GRADE | SECOND GRADE |
|---|---|---|
| Mrs. Runnels      108/020   (12:1:1)<br>lrunnels@ps21statenisland.org | Miss Canatelli   A4/120   (12:1:1)<br>jrivieccio@ps21statenisland.org | Mrs. Codd      A11/220   (12:1:1)<br>vcodd@ps21statenisland.org |
| Mrs. Russo      A14 /021<br>Ms. Kim<br>drusso@ps21statenisland.org<br>mkim@ps21statenisland.org | Mrs. Schiff      A13/121<br>Vacancy<br>sschiff@ps21statenisland.org | Mrs. Defilippo      A12 /221<br>Mrs. Cohen<br>jcohen@ps21statenisland.org<br>ddefilippo@ps21statenisland.org |
| Mrs. Snow      A3/022<br>jsnow@ps21statenisland.org | Mrs. Guerrero      A5/122<br>dguerrero@ps21statenisland.org | Ms. Ascencio      A10/222<br>lascencio@ps21statenisland.org |

| THIRD GRADE | FOURTH GRADE | FIFTH GRADE |
|---|---|---|
| Mrs. Coluccio   106/320      (12:1:1)<br>dcoluccio@ps21statenisland.org | Mrs. Siclari      205/420      (12:1:1)<br>ysiclari@ps21statenisland.org | Mr. Mascara   202/520. (12:1:1)<br>dmascara@ps21statenisland.org |
| Mrs. Wonica      204/321<br>Mrs. Tardy<br>awonica@ps21statenisland.org<br>ktardy@ps21statenisland.org | Mrs. DeLuca      208/421<br>Miss Nobile<br>ldeluca@ps21statenisland.org<br>vnobile@ps21statenisland.org | Mrs. Morton      203/521<br>Mrs. Kay<br>tmorton@ps21statenisland.org<br>akay@ps21statenisland.org |
| Mrs. Guastavino      105/322<br>mguastavino@ps21statenisland.org | Ms. Pascoe      206/422<br>dpascoe@ps21statenisland.org | Ms.. Giammarino      201/522<br>ngiammarino@ps21statenisland.org |

| PARA – PROFESSIONALS | PUSH-IN TEACHERS-ESL |
|---|---|
| Ms. Abdeldayem<br>mabdeldayem@ps21statenisland.org | Mrs. Espinoza  B3      kespinoza@ps21statenisland.org |
| Ms. Andino      dandino@ps21statenisland.org | Mrs. Hales      B3      jhales@ps21statenisland.org |
| Mrs. DiTrani      kditrani@ps21statenisland.org | Mrs. Sanchez-Howell B3      ehowell@ps21statenisland.org |
| Ms. Delluomo   kdelluomo@ps21statenisland.org | **CLUSTER POSITIONS** |
| Ms. Gonzalez      egonzalez@ps21statenisland.org | Ms. Neglia – PE      207      mneglia@ps21statenisland.org |
|  | Mrs. Abreu – Art      103      labreu@ps21statenisland.org |
| Mrs. Orefice      aorefice@ps21statenisland.org | Mrs. Littreal – Science (3-5) 207  mlittreal@ps21statenisland.org |
| Mrs. Ranieri      oranieri@ps21statenisland.org | Mrs. Wong – Media Library 104   pwong@ps21statenisland.org |
| Mrs. Valdes      dvaldes@ps21statenisland.org | Mrs. Eugenio – AIS & Testing Coordinator  220<br>peugenio@ps21statenisland.org |
| Ms. Velez      kvelez@ps21statenisland.org | Ms. Rastetter-Science (K-2) B2nrastetter@ps21statenisland.org |
| Ms. Fishta      rfishta@ps21statenisland.org | **ADMINISTRATION** |
|  | Mr. Cosentino – Principal   acosentino@ps21statenisland.org |
|  | Ms. Graham – AP.      agraham@ps21statenisland.org |

| SCHOOL ASSESSMENT TEAM – ROOM 200 | GUIDANCE | PARENT COORDINATOR |
|---|---|---|
| Mrs. Garcia -School Physiologist<br>mgarcia@ps21statenisland.org | F-Status      W, F<br>Mr. Fernando      B3<br>cfernando@ps21statenisland.org | Ms. Manik      B3<br>jmanik@ps21statenisland.org |
| Mrs. Morcilio - Social Worker<br>mmorcilio@ps21statenisland.org | **MEDICAL ROOM** | **SECRETARY** |
| Ms. Rodriguez - Family Worker<br>erodriguez@ps21statenisland.org | Mrs. DeLeon<br>ideleon@ps21statenisland.org | Mrs. Senerchia<br>esenerchia<br>@ps21statenisland.org |
| **CLINICIANS** | **SCHOOL AIDES** | Mrs. Cenci<br>mcenci@ps21statenisland.org |
| Ms. Herrera - Speech Therapist<br>cherrera@ps21statenisland.org | Mrs.Thatcher<br>kthatcher@ps21statenisland.org | **CUSTODIAN** |
| Ms. Salerno - Speech Therapist<br>hsalerno@ps21statenisland.org | Mrs. Petruzzi<br>kpetruzzi@ps21statenisland.org | Mr. Calamia<br>dcalamia@ps21statenisland.org |
| Ms. Greenberg – PT M/W<br>agreenberg@ps21statenisland.org | Mrs. Nasella<br>cnasella@ps21statenisland.org |  |
| Andrea Gallo – OT      agallo@ps21statenisland.org |  |  |

NEGATIVE PERFORMANCE EVALUATION   H OF H   YVONNE SICLARI

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

\* PLEASE SEE ATTACHED NEGATIVE PERFORMANCE EVALUATION FOR SCHOOL YEAR 2015-2016

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.*



**NYC**
**Department of**
**Education**
*Carmen Fariña, Chancellor*

# ANNUAL PROFESSIONAL PERFORMANCE REVIEW (APPR)
## *Overall Rating (Transition Rating)*

**Teacher Name:** YVONNE SICLARI

**Teacher ID:** 0697243

**School Year:** 2015-2016

**School DBN:** 31R021—P.S. 21 Margaret Emery-Elm Park

## OVERALL AND SUBCOMPONENT RATINGS:

The overall APPR rating is based on the sum of three subcomponent scores: Measures of Teacher Practice (60%), State Measures (20%), and Local Measures (20%).

| Measures of Teacher Practice | State Measures | Local Measures | Overall Rating |
|---|---|---|---|
| 0 - 60 points: **19** | All measures dropped due to Transition Rules. | 0 - 20 points: **15** | 34 / 80 ⬇ 0 - 100 points: **43** ' |
| **Ineffective** HEDI Rating | | **Effective** HEDI Rating | **Ineffective** HEDI Rating |

' During the transition period (2015-16 through 2018-19), any measure based 50% or more on 3-8 math and/or ELA state assessments is excluded. If all measures contributing to a subcomponent are excluded, then your Overall Rating is based on the remaining subcomponent(s), scaled up to 100 points.

For more information about rating calculations, please see the SY 2015-16 *Advance* Overall Ratings Guide.

**Teacher's Signature:** *Yvonne E. Siclari*                    **Date:** 9/1/2016
(I have read and received a copy of the above and understand that a copy will be placed in my file.)

**Evaluator's name (print):** _____

**Evaluator's signature:** _____                    **Date:** _____

*Confidentiality Notice:* This report was produced on 8/31/2016. It contains data that is confidential, private, or sensitive. Please ensure the appropriate use and security of this report.

## ADDITIONAL INFORMATION

The next three pages are for the Division's records and *will not be sent out* with the rest of your complaint.

## Contact information

My primary telephone number:

(732) 727 2728
(area code)

✓ home phone
___ work phone
___ cell phone
___ other _____

My secondary telephone number:

848 203 5087
(area code)

___ home phone
___ work phone
X cell phone
___ other: _____

My email address: yvonne.siclari@gmail.com

Last four digits of my Social Security number: 5929

Contact person *(someone who does not live with you but will know how to contact you if the Division cannot reach you):*

Name: EDWARD O. SICLARI

Telephone number: 848  203  5258
(area code)

Relationship to me: SON

## Special Needs

I am in need of: a) A translator *(if so, which language?):* _____

b) Accommodations for a disability: _____

c) Other: _____

## Settlement / Conciliation:

To settle this complaint, I would accept: *(Please explain what you want to happen as a result of this complaint. Do you want a letter of apology, your job back, lost wages, an end to the harassment, etc?)*

end to the harassment, reimbursement of all extra expenditures related to this action (legal fees, tolls, parking, rental fees, mileage fuel costs etc.) apology, change of job status, removal of negative content in official file, return to effective/satisfactory job rating status.

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_Yvonne O. Siclari_
Sign your full legal name

Subscribed and sworn before me
This 13 day of July , 2018

_Nicole M DeMatteo_
Signature of Notary Public

County: Middlesex    Commission expires: 9/19/2021

NICOLE DEMATTEO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/19/2021

*Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.*



**GLASS KRAKOWER LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007
212-537-6859
FAX NO. 845-510-2219

*Bryan D. Glass*                     E-mail: bg@glasskrakower.com

July 26, 2018

*Via facsimile (718) 741-8332*
Regional Director
NYS Division of Human Rights
One Fordham Plaza, Fourth Floor
Bronx, NY 10458

Re:    Yvonne Siclari v. NYCDOE

Dear Sir or Madam:

This office writes on behalf of Yvonne Siclari, an Absent Teacher Reserve (ATR) teacher, who filed an SDHR complaint against the NYCDOE with your office via facsimile on July 13, 2018. Ms. Siclari would like to supplement her SDHR complaint, with an update based on her ATR experience in the 2017-18 school year. To the extent that the many complaints filed by this office on behalf of ATRs is being treated as a class action complaint, Ms. Siclari would like to become a part of that class or group.

Thank you for your consideration.

Respectfully submitted,

s/ *[signature]*

Bryan D. Glass, Esq.

Enclosure (2 page addendum)

## AMENDED SDHR ADDENDUM FOR YVONNE SICLARI

1. I have been teaching elementary school within the NYC Department of Education for almost 29 years primarily in Staten Island.  I am presently 65 years old.

**ABSENT TEACHER RESERVE EXPERIENCE**

2. I have been placed in the ATR pool starting in September 2017 after a Section 3020-a disciplinary decision in July 2018.

3. I was assigned to ATR supervisor Joseph Miller for the 2017-18 school year.

4. Since I became an ATR, I have been assigned to four different schools on a rotational basis since without a permanent assignment, in an inferior status. At least three of the four schools are in the Northern part of Staten Island, and not convenient with my commute from Central New Jersey.

5. The ATRs I have seen are generally over 40 years old and are often filling in for younger teachers.

6. On November 20, 2017, December 4, 2017, and March 20, 2018, I was observed by Mr. Miller and received unwarranted Unsatisfactory ratings from him for each of these observations   I did receive only one Satisfactory evaluation for the year on April 19, 2018. I believe I was not supposed to be rated so often in the 2017-18 school year, as I was only supposed to be rated with one formal observation under the Teaching with 21st Century system.

7. I also received unwarranted disciplinary letters about attendance on January 22, 2018, and an unwarranted disciplinary letter dated June 8, 2018, from PS 74 Assistant Principal Hanin Hasweh.

8. I received an Unsatisfactory overall rating on June 14, 2018 from ATR supervisor Miller, and another copy of the same U rating from PS 74 Principal Nicole Reid-Christopher on June 26, 2018.

9. I have not been able to work per session or summer school as an ATR.

10. I also have applied for at least 10 positions on the Open Market transfer system and have received no interviews as an ATR.

11. One of the principals in my assigned schools in the 2017-18 school year, PS 55, told me she was actually interested in hiring me in November 2017, but did not have the money to hire me.  I was shortly transferred from the school soon thereafter.

12. I believe I am being discriminated as an ATR based on my age.


_Yvonne O. Siclari_
YVONNE SICLARI


Subscribed and sworn to this
23rd day of July,  2018


_Bryan Glass_
NOTARY PUBLIC

BRYAN GLASS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GL6069978
QUALIFIED IN NEW YORK COUNTY  ROCKLAND
COMMISSION EXPIRES  11/24/22