UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yvonne O. Siclari,

              Plaintiff,

—v—

New York City Department of Education, et al.,

              Defendants.



19-cv-7611 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 7, 2020, Defendants filed a motion to dismiss the amended complaint in this action. Dkt. No. 24. Plaintiff's opposition to the motion to dismiss the amended complaint is due by February 7, 2020. Defendants' reply in further support of their motion to dismiss the amended complaint is due by February 21, 2020.

The Court will mail a copy of this order to Plaintiff and that mailing will be noted on the public docket.

SO ORDERED.

Dated: January __, 2020
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge