UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YVONNE SICLARI,

                **Plaintiff,**                                19-CV-7611 (AJN)(SN)

       -against-                                  **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the upcoming discovery deadline, the parties are directed to file a joint status letter no later than December 1, 2020, as to the status of discovery. If the parties would like to schedule a settlement conference, they should contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:      November 18, 2020
                 New York, New York