UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Yvonne O. Siclari,

                        Plaintiff,

      -against-                                  19 **CIVIL** 7611 (AJN)

                                                                 **JUDGMENT**

New York City Department of Education, et al.,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated November 30, 2020, the Defendants' motion to dismiss the Amended Complaint is granted; Plaintiff's ADEA claims against individual Defendants are dismissed with prejudice, Plaintiff's remaining NYSHRL and NYCHRL claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
             November 30, 2020

                                                        **RUBY J. KRAJICK**
                                                    _____
                                                            Clerk of Court
**BY:**
                                                            _____
                                                            Deputy Clerk